UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>$399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br><br>            Defendants. | Case No. 2:21-cv-06966-RGK(MARx)<br><br>[PROPOSED] ORDER APPOINTING THE UNITED STATES POSTAL INSPECTION SERVICE, AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE AS TO MISCELLANEOUS ITEMS OF JEWELRY |

   IT IS HEREBY ORDERED that upon the arrest of the defendant, Miscellaneous Precious Items, the United States Postal Inspection Service, Los Angeles Division, 1055 N. Vignes Street, Los Angeles, CA 90012, shall assume custody of the defendant Miscellaneous Items of Jewelry on behalf of this Court, in place of the United States Marshals Service, and shall maintain custody of such defendant during the time it remains in custodia legis, pursuant to Rule G(3)(c)(i) and E(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

///

IT IS FURTHER ORDERED that, before the delivery of the defendant after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly the United States Postal Inspection Service, as Substitute Custodian, must first be paid, pursuant to Supplemental Rule E(5)(c); and

IT IS FURTHER ORDERED that, as Substitute Custodian of the defendant, the United States Postal Inspection Service, shall perform all duties and responsibilities that the United States Marshals Service is authorized to perform pursuant to the Supplemental Rules.

_____    _____
DATE                            HONORABLE R. GARY KLAUSNER
                                UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2