**Michael G. Freedman (State Bar No. 281279)**
**THE FREEDMAN FIRM PC**
**800 Wilshire Blvd., Suite 1050**
**Los Angeles, California  90017**
**Telephone: (213) 816-1700**
**Facsimile: (213) 816-1706**
**Email: Michael@thefreedmanfirm.com**

**Attorney for Claimant**
**DERRICK POLK**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>$399,000 in United States Currency and Miscellaneous Items of Jewelry,<br><br>  Defendant. | Case No.: 2:21-CV-06966-RGK-MAR<br><br>**CLAIMANT DERRICK POLK'S VERIFIED CLAIM AND STATEMENT OF INTEREST IN CERTAIN DEFENDANT PROPERTY** |

On October 12, 2021, a Verified First Amended Complaint for Forfeiture ("Complaint") was filed by the United States of America seeking the forfeiture of $399,000 in U.S. Currency (the "Currency Asset") and Miscellaneous Items of Jewelry (the "Jewelry Assets," and, collectively with the Currency Asset, the "Defendant Assets").  Pursuant to 18 U.S.C. §983(a)(4)(A) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Ike Roberts ("Claimant") submits this Verified Claim asserting an interest in the entirety of the seized Defendant Assets.

Claimant rented a box at U.S. Private Vaults, located at 9182 Olympic Boulevard in Beverly Hills, California.  Claimant is the owner of the seized U.S.

1
VERIFIED CLAIM

1  Currency Asset, which was seized from the box he rented, and the source of the
2  funds will be proven in court.  As the owner of the currency, Claimant has a legally
3  cognizable interest in the entirety of the Currency Asset over any and all interests
4  asserted by the government in the Currency Asset.
5       The Jewelry Assets were seized from defendant's residence in Long Beach,
6  California.  Claimant is the owner of the Jewelry Assets and their source will be
7  proven in court.  As the owner of the Jewelry Assets, Claimant has a legally
8  cognizable interest in the entirety of the Jewelry Assets over any and all interests
9  asserted by the government in the Jewelry Assets.
10      Pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure,
11 Claimant expressly limits this appearance to asserting and defending his claim.
12 Claimant reserves all right to challenge the in rem jurisdiction of this Court and the
13 propriety of venue in this action.
14      Claimant hereby claims Defendant Assets and asserts a superior right, title,
15 and interest in the Defendant Assets.

Respectfully submitted,

/s/ Michael G. Freedman

Michael G. Freedman
Attorney for Claimant

2
VERIFIED CLAIM

## VERIFICATION OF CLAIM

I, Derrick Polk, pursuant to 18 U.S.C. § 1746, attest and declare under the penalty of perjury that my claim to this property is not frivolous, and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_/s/ Derrick Polk_  
Derrick Polk

11/17/21  
Date

VERIFIED CLAIM