## DECLARATION OF VICTOR A. RODGERS

I, Victor A. Rodgers, declare as follows:

1. I am one of the Assistant United States Attorney's representing plaintiff United States of America in this action.

2. Attached hereto as Exhibit A is a true and correct copy of the superseding indictment I downloaded from PACER in <u>United States v. Davis, et al.</u>, Western District of Pennsylvania Case No. 21cr16.

3. I held a conference of counsel with claimant's counsel on December 29, 2021, regarding the government's motions to stay this action. We have not been able to resolve our differences.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 13, 2022.

                                                      /s/
                                    AUSA VICTOR A. RODGERS