:

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
             v. )
)
MIKAL DAVIS, a/k/a "Mac" )
DARREN ALSTON, a/k/a/ "Dave" )
ANTHONY ANDREWS )
DEBRA BAILEY )
SANDRA BOX, a/k/a "Sandy" )
JONATHAN BRUNSON, a/k/a "Black" )
HECTOR CONCEPCION, a/k/a "Papi" )
WILLETTE COOPER )
JAMES DOTSON, a/k/a "Sin" )
JOSHUA EDMONDS, a/k/a "Juice" )
AZHEEM ELLIS, a/k/a "L" or "Toe Toe" )
RUBY GIL )
SHAWN HOWARD )
KEVIN JOHNSON, a/k/a "Kev" )
RASHIM KENNEDY-WILLIAMS, )
    a/k/a "West Philly" )
PERRY KING )
AMBER LINGAFELT )
DWIGHT LOGAN, a/k/a "TJ" )
JEFFREY MANN, )
    a/k/a "Ghost" or "Paisan" )
GEORGE MAZEY )
TIMOTHY MOLLETT )
MARY LOU NELSON, a/k/a "Auntie" )
JAMES PEARCY, a/k/a "Unc" )
GINA PETRUCCI, a/k/a "G" )
DERRICK POLK )
PAUL SMITH )
RODNEY SMITH )
JOSEPH THORNTON )
AMANDA WEIDNER )
JESSICA WILSON, a/k/a "Jess" )
BLAKE YOUNG, a/k/a "Money" )
DANIEL CULMER )

Criminal No. 3:21-cr-16

(21 U.S.C. §§ 846, 841(a)(I),
841(b)(1)(A)(i, ii, iii, vi, viii),
841(b)(1)(B)(ii, vi), 841(b)(1)(C),
18 U.S.C. §§ 922(g)(1), 922(g)(5)(A),
924(c)(1)(A)(i))

**[UNDER SEAL]**

# FILED

NOV 9 2021

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**EXHIBIT A**
**12**

## SUPERSEDING INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around April 2019, and continuing through in and around July 2021, in the Western District of Pennsylvania and elsewhere, the defendants, MIKAL DAVIS, a/k/a "Mac", DARREN ALSTON, a/k/a "Dave", ANTHONY ANDREWS, DEBRA BAILEY, SANDRA BOX, a/k/a "Sandy", JONATHAN BRUNSON, a/k/a "Black", HECTOR CONCEPCION, a/k/a "Papi", WILLETTE COOPER, JAMES DOTSON, a/k/a "Sin", JOSHUA EDMONDS, a/k/a "Juice", AZHEEM ELLIS, a/k/a "L" or "Toe Toe", RUBY GIL, SHAWN HOWARD, KEVIN JOHNSON, a/k/a "Kev", RASHIM KENNEDY-WILLIAMS, a/k/a "West Philly", PERRY KING, AMBER LINGAFELT, DWIGHT LOGAN, a/k/a "TJ", JEFFREY MANN, a/k/a "Ghost" or "Paisan", GEORGE MAZEY, TIMOTHY MOLLETT, MARY LOU NELSON, a/k/a "Auntie", JAMES PEARCY, a/k/a "Unc", GINA PETRUCCI, a/k/a "G", DERRICK POLK, PAUL SMITH, RODNEY SMITH, JOSEPH THORNTON, AMANDA WEIDNER, JESSICA WILSON, a/k/a "Jess", BLAKE YOUNG, a/k/a "Money", and DANIEL CULMER did knowingly, intentionally and unlawfully conspire with one another, and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, in the form commonly known as crack, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, 50 grams or more of methamphetamine, and 500 grams or more of a mixture and substance containing a detectable

**EXHIBIT A**
**13**

amount of methamphetamine, all Schedule II controlled substances, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(ii), 841(b)(1)(A)(iii), 841(b)(1)(A)(vi), and 841(b)(1)(A)(viii).

In violation of Title 21, United States Code, Section 846.

**EXHIBIT A**
14

## COUNT TWO

The grand jury further charges:

On or about June 9, 2021, in the Western District of Pennsylvania, the defendant, JONATHAN BRUNSON, a/k/a "Black", did knowingly, intentionally, and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance, and serious bodily injury of A.M., a person known to the grand jury, resulted from the distribution and use of the mixture and substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**EXHIBIT A**
15

## COUNT THREE

The grand jury further charges:

On or about April 14, 2021, and continuing to April 18, 2021, in the Western District of Pennsylvania and elsewhere, the defendants, MIKAL DAVIS, a/k/a "Mac", JONATHAN BRUNSON, a/k/a "Black", JAMES DOTSON, a/k/a "Sin", JEFFREY MANN, a/k/a "Ghost" or "Paisan", and DERRICK POLK, did knowingly, intentionally, and unlawfully distribute and possess with intent to distribute 50 grams or more of methamphetamine, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**EXHIBIT A**
**16**

## COUNT FOUR

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania and elsewhere, the defendants, MIKAL DAVIS, a/k/a "Mac", JAMES DOTSON, a/k/a "Sin", and JEFFREY MANN, a/k/a "Ghost" or "Paisan", did knowingly, intentionally, and unlawfully possess with intent to distribute 50 grams or more of methamphetamine, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and quantities of mixtures and substances containing detectable amounts of heroin, a Schedule I controlled substance, cocaine, a Schedule II controlled substance, and cocaine base, in the form commonly known as crack, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(vi), and 841(b)(1)(C).

**EXHIBIT A**
**17**

## COUNT FIVE

The grand jury further charges:

On or about June 9, 2021, in the Western District of Pennsylvania, the defendants, JONATHAN BRUNSON, a/k/a "Black", and JAMES DOTSON, a/k/a "Sin", did knowingly, intentionally, and unlawfully possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and quantities of mixtures and substances containing detectable amounts of heroin, a Schedule I controlled substance, cocaine base, in the form commonly known as crack, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C).

**EXHIBIT A**
**18**
7

## COUNT SIX

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, TIMOTHY MOLLETT, did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and quantities of mixtures and substances containing detectable amounts of heroin, a Schedule I controlled substance, cocaine base, in the form commonly known as crack, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled susbtance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), 841(b)(1)(B)(vi), and 841(b)(1)(C).

## COUNT SEVEN

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, DWIGHT LOGAN, a/k/a "TJ", did knowingly, intentionally, and unlawfully possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and quantities of mixtures and substances containing detectable amounts of heroin, a Schedule I controlled substance, cocaine, a Schedule II controlled substance, and methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C).

**EXHIBIT A**
**20**

## **COUNT EIGHT**

The grand jury further charges:

On or about April 20, 2021, in the Western District of Pennsylvania, the defendant, GEORGE MAZEY, did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINE

The grand jury further charges:

On or about June 9, 2021, in the Western District of Pennsylvania, the defendant, JAMES DOTSON, a/k/a "Sin", knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, on or about September 10, 2015, in the Cambria County (Pennsylvania) Court of Common Pleas, at Docket Number CP-11-CR-371-2014, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance, did knowingly possess in and affecting interstate commerce an Astra revolver, Model Cadix, .22 caliber, with serial number 85407, and various rounds of .22 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

The grand jury further charges:

On or about June 9, 2021, in the Western District of Pennsylvania, the defendant, JAMES DOTSON, a/k/a "Sin", did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Section 846, charged in Count One of this Superseding Indictment and possession with intent to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841, charged in Count Five of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT ELEVEN

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, HECTOR CONCEPCION, a/k/a "Papi", knowing he was an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce the following firearms and ammunition:

a.  Sears shotgun, Model 300, 12 gauge, serial number Q109259;

b.  Ruger pistol, Model LC9, 9 mm, serial number 32S36086;

c.  Windham rifle, Model WW-15, caliber unknown, serial number NPFBBP6C4;

d.  Various rounds of ammunition including 12 gauge, 9 mm, .223 caliber and 5.56 caliber,

In violation of Title 18, United States Code, Section 922(g)(5)(A).

**EXHIBIT A**
**24**

## COUNT TWELVE

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, HECTOR CONCEPCION, a/k/a "Papi", did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Section 846, charged in Count One of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**EXHIBIT A**
**25**

## COUNT THIRTEEN

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, TIMOTHY MOLLETT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

on or about September 27, 2019, in the Blair County (Pennsylvania) Court of Common Pleas, at Docket Number CP-07-CR-549-2019, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance,

on or about September 27, 2019, in the Blair County (Pennsylvania) Court of Common Pleas, at Docket Number CP-07-CR-550-2019, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance,

on or about September 27, 2019, in the Blair County (Pennsylvania) Court of Common Pleas, at Docket Number CP-07-CR-551-2019, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance,

did knowingly possess in and affecting interstate commerce the following firearms and ammunition:

a. Taurus Magnum revolver, Model 605, .357 caliber, serial number IT49207;

b. Taurus pistol, Model G2C, 9 mm, serial number ACA405651;

c. Berretta pistol, Model 9000S, 9 mm, no serial number;

d. Various rounds of ammunition including 9 mm and .38 caliber,

In violation of Title 18, United States Code, Section 922(g)(1).

**EXHIBIT A**
**26**

## **COUNT FOURTEEN**

The grand jury further charges:

On or about July 15, 2021, in the Western District of Pennsylvania, the defendant, TIMOTHY MOLLETT, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Section 846, charged in Count One of this Superseding Indictment and possession with intent to distribute a controlled substance, contrary to the provisions of Title 21, United States Code, Section 841, charged in Count Six of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF SPECIAL FINDINGS

The grand jury further finds:

1.      As to Counts One, Two, Three and Five of this Superseding Indictment, defendant JONATHAN BRUNSON, a/k/a "Black":

(a)      was previously convicted and then sentenced on or about June 12, 2013, in the Montgomery County (Pennsylvania) Court of Common Pleas, at Docket Number CP-46-CR-4749-2012, of the crime of possession with intent to distribute and distribution of a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(b)      served a term of imprisonment of more than 13 months for this conviction at Criminal Number CP-46-CR-4749-2012; and

(c)      was released from any term of imprisonment for this conviction at Criminal Number CP-46-CR-4749-2012 within 15 years of the commencement of the crime charged in Count One of this Superseding Indictment;

(d)      was also previously convicted and then sentenced on or about November 18, 2013, in the Montgomery County (Pennsylvania) Court of Common Pleas, at Docket Number CP-46-CR-4855-2012, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(e)      served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-46-CR-4855-2012; and

(f)      was released from any term of imprisonment for this conviction at Docket Number CP-46-CR-4855-2012 within 15 years of the commencement of the crime charged in Count One, Two, Three and Five of this Superseding Indictment.

**EXHIBIT A**
**28**

2.     As to Count One, Three, Four and Five of this Superseding Indictment, defendant JAMES DOTSON, a/k/a "Sin":

(a)     was previously convicted and then sentenced on or about September 10, 2015, in the Cambria County (Pennsylvania) Court of Common Pleas, at Docket Number CP-11-CR-371-2014, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(b)     served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-11-CR-371-2014; and

(c)     was released from any term of imprisonment for this conviction at Docket Number CP-11-CR-371-2014 within 15 years of the commencement of the crime charged in Count One, Three, Four and Five of this Superseding Indictment.

3.     As to Count One, Three and Four of this Superseding Indictment, defendant JEFFREY MANN, a/k/a "Ghost" or "Paisan":

(a)     was previously convicted and then sentenced on or about April 1, 2010, in the Lycoming County (Pennsylvania) Court of Common Pleas, at Docket Number CP-41-CR-232-2009, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(b)     served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-41-CR-232-2009; and

(c)     was released from any term of imprisonment for this conviction at Docket Number CP-41-CR-232-2009 within 15 years of the commencement of the crime charged

**EXHIBIT A**
**29**

in Count One, Three and Four of this Superseding Indictment.

4.    As to Count One and Eight of this Superseding Indictment, defendant GEORGE MAZEY:

(a)    was previously convicted and then sentenced on or about April 3, 2012, in the Cambria County (Pennsylvania) Court of Common Pleas, at Docket Number CP-11-CR-28-2012, of the crime of possession with intent to distribute and distribution of a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(b)    served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-11-CR-28-2012; and

(c)    was released from any term of imprisonment for this conviction at Docket Number CP-11-CR-28-2012 within 15 years of the commencement of the crime charged in Count One and Eight of this Superseding Indictment.

5.    As to Count One of this Superseding Indictment, defendant JAMES PEARCY, a/k/a "Unc":

(a)    was previously convicted and then sentenced on or about October 8, 2013, in the Philadelphia County (Pennsylvania) Court of Common Pleas, at Docket Number CP-51-CR-5790-2009, of the crime of possession with intent to distribute and distribution of a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(b)    served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-51-CR-5790-2009; and

(c)    was released from any term of imprisonment for this conviction at Docket Number CP-51-CR-5790-2009 within 15 years of the commencement of the crime charged in Count One of this Superseding Indictment.

**EXHIBIT A**
**30**

6.    As to Count One of this Superseding Indictment, defendant BLAKE YOUNG, a/k/a "Money":

(a)    was previously convicted and then sentenced on or about February 4, 2016, in the Philadelphia County (Pennsylvania) Court of Common Pleas, at Docket Number CP-51-CR-6278-2015, of the crime of robbery (a serious violent felony under Title 21, United States Code, Section. 802(58);

(b)    served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-51-CR-6278-2015; and

(c)    was released from any term of imprisonment for this conviction at Docket Number CP-51-CR-6278-2015 within 15 years of the commencement of the crime charged in Count One of this Superseding Indictment;

(d)    was also previously convicted and then sentenced on or about March 29, 2011, in the Philadelphia County (Pennsylvania) Court of Common Pleas, at Docket Number CP-51-CR-1057-2011, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

(e)    served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-51-CR-1057-2011; and

(f)    was released from any term of imprisonment for this conviction at Docket Number CP-51-CR-1057-2011 within 15 years of the commencement of the crime charged in Count One of this Superseding Indictment;

(g)    was also previously convicted and then sentenced on or about October 8, 2014, in the Philadelphia County (Pennsylvania) Court of Common Pleas, at Docket

**EXHIBIT A**
**31**

Number CP-51-CR-8212-2014, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance (a serious drug felony under Title 21, United States Code, Section. 802(57));

        (h)    served a term of imprisonment of more than 13 months for this conviction at Docket Number CP-51-CR-8212-2014; and

        (i)    was released from any term of imprisonment for this conviction at Docket Number CP-51-CR-8212-2014 within 15 years of the commencement of the crime charged in Count One of this Superseding Indictment.

**EXHIBIT A**
**32**

## FORFEITURE ALLEGATIONS

1.      The allegations contained in Counts One through Fourteen of this Superseding Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeitures pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 853(p); and Title 28, United States Code, Section 2461(c).

2.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One, Three and Four of this Superseding Indictment, the defendant, MIKAL DAVIS, a/k/a "Mac", did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly or indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $33,831, and the following items seized on July 15, 2021:

a.      White gold 10-karat rope chain 22 inches with with 7.42 carat diamond encrusted pendant;

b.      Rolex Date Just watch, serial number X328863;

c.      Rolex Date Just watch, serial number R53520Q3;

d.      Cartier Balloon Bleu watch with 2.5 carat diamonds, serial number 179498Qx; and

e.      Taurus ACT handgun, Model PT 145 Pro, .45 caliber, serial number NBY45005.

3.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One, Two, Three and Five of this Superseding Indictment, the

defendant, JONATHAN BRUNSON, a/k/a "Black", acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $1,168 seized on June 9, 2021.

4.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One, Three, Four and Five of this Superseding Indictment, the defendant, JAMES DOTSON, a/k/a "Sin", acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $2,855 seized on July 15, 2021.

5.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Count One of this Superseding Indictment, the defendants, AZHEEM ELLIS, a/k/a "L" or "Toe Toe", and RODNEY SMITH, acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $14,797 seized on July 15, 2021.

6.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One and Seven of this Superseding Indictment, the defendant, DWIGHT LOGAN, a/k/a "TJ", acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $10,000 seized on July 15, 2021.

7.      As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One, Three and Four of this Superseding Indictment, the defendant, JEFFREY MANN, a/k/a "Ghost" or "Paisan", did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly or indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or facilitate the commission of

**EXHIBIT A**
**34**

the violation, thereby subjecting said property to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $21,385, and a Taurus revolver, unknown model and caliber, with serial number FP583214, seized on July 15, 2021.

8.    As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One and Eight of this Superseding Indictment, the defendant, GEORGE MAZEY, acquired gross proceeds, thereby subjecting said proceeds to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including $220 seized on April 20, 2021.

9.    As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Count One of this Superseding Indictment, the defendant, JAMES PEARCY, a/k/a "Unc", did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly or indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States pursuant to Title 21, United States Code, Section 853(a)(1), including a Ruger pistol, Model P97 DC, .45 caliber with serial number 66361582 and a Smith and Wesson rifle, Model M&P 15, unknown caliber and serial number TM34327, seized on July 15, 2021.

10.    As a result of the violations of Title 21, United States Code, Sections 841 and 846 charged in Counts One and Three of this Superseding Indictment, the defendant, DERRICK POLK, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violation, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violation, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United

**EXHIBIT A**
**35**

States Code, Section 853(a) and 853(p), namely:

    a.    Breitling Super Ocean Watch, serial number 7089691;

    b.    Breitling Super Ocean Watch, serial number 5077160;

    c.    Rolex Cosmograph Daytona 40 Watch;

    d.    Rolex Yacht-Master Watch, serial number 646W59W5;

    e.    Three Necklaces;

    f.    Three Bracelets;

    g.    Rolex Date Just Watch, serial number 875D7669;

    h.    Breitling for Bentley Watch, serial number 209867;

    i.    Rolex President Watch, serial number D53P7350;

    j.    $399,000 U.S. currency; and

    k.    Taurus pistol, Model G3C, 9 mm, serial number ABL193060.

11.    If, through any act or omission by the defendant, any or all of the property referenced in paragraph ten above (hereinafter "the Subject Property"):

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred, sold to, or deposited with a third person;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property, proceeds, or funds of the defendant, up to the value of the Subject Property referenced above pursuant to Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).

**EXHIBIT A**
**36**

12. As part of the commission of the violations of Title 18, United States Code Sections 922(g)(5)(A) and 924(c), charged in Counts Eleven and Twelve of this Superseding Indictment, the defendant HECTOR CONCEPCION, a/k/a "Papi", did use and intend to use the firearms and ammunition listed and referenced in those counts in any manner to commit and to facilitate the commission of said violations, thereby subjecting said firearms and ammunition to forfeiture pursuant to Title 18, United States Code, Section 924(d).

13. As part of the commission of the violations of Title 18, United States Code Sections 922(g)(1) and 924(c), charged in Counts Nine and Ten of this Superseding Indictment, the defendant JAMES DOTSON, a/k/a "Sin", did use and intend to use the firearms and ammunition listed and referenced in those counts in any manner to commit and to facilitate the commission of said violations, thereby subjecting said firearms and ammunition to forfeiture pursuant to Title 18, United States Code, Section 924(d).

14. As part of the commission of the violations of Title 18, United States Code Sections 922(g)(1) and 924(c), charged in Counts Thirteen and Fourteen of this Superseding Indictment, the defendant, TIMOTHY MOLLETT, did use and intend to use the firearms and ammunition listed and referenced in those counts in any manner to commit and to facilitate the commission of said violations, thereby subjecting said firearms and ammunition to forfeiture pursuant to Title 18, United States Code, Section 924(d).

A True Bill,

Foreperson

STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108

**EXHIBIT A**
**37**