UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06966-RGK-MAR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA A NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO STAY THIS CIVIL FORFEIUTRE PROCEEDING** |
| v. | |
| $399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY, | |
| Defendants. | |
| DERRICK POLK, | |
| Claimant. | |

Plaintiff United States of America ("the government") has applied to this Court pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in camera a non-public declaration in support of the government's motion for an order to stay this civil forfeiture proceeding.  Upon consideration of the application and the entire record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's application is granted.  The non-public declaration in support of the government's motion to stay this civil forfeiture proceeding shall be filed or lodged in camera pursuant to 18 U.S.C. § 981(g)(5) and

Local Rule 79-6 and shall not be disclosed to any person, including the persons that have filed claims in this action (<u>i.e.</u>, claimant Michael Magee), unless otherwise ordered by the Court.

Dated: _____   _____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

<u>Presented By</u>:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA