TRACY L. WILKISON, United States Attorney
VICTOR A. RODGERS, Assistant United States Attorney
California Bar No. 101281
312 N. Spring Street, 14th Floor, Los Angeles, CA 90012
Telephone: (213) 894-2569; Facsimile: (213) 894-0142

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>$399,00.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21-cv-06966-RGK-MAR<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Non-Public Declaration Submitted In Camera By Plaintiff United States of America In Support of Plaintiff's Motion For An Order To Stay This Civil Forfeiture Proceeding. [Submitted In Camera Pursuant To Court's Order Filed March 1, 2022 As Docket No. 35]

**Reason:**

☐  Under Seal
☑  In Camera
☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Per Court order dated: _____
☐  Other:

March 2, 2022
Date

VICTOR A. RODGERS
Attorney Name
UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*