UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:21–cv–06966–RGK–MAR | Date | 3/7/2022 |
|---|---|---|---|
| Title | UNITED STATES OF AMERICA V. $399,000.00 IN U.S. CURRENCY | | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Maxwell Coll, AUSA                               Michael Freedman (for claimant)

**Proceedings:      SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. _3–4_ days): | November 1, 2022 at 09:00 AM |
| Pretrial Conference: | October 17, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | August 17, 2022 |
| Discovery Cut-Off Date (fact discovery): | August 3, 2022 |

Last day to amend the complaint or add parties is _4/15/2022_. The parties shall participate in ADR _1_.

**IT IS SO ORDERED.**

:01
Initials of Preparer: _jre_