1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorneys
   Asset Forfeiture Section
7       United States Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 | UNITED STATES OF AMERICA, | Case No. 2:21-cv-06966-RGK-MAR |
16 | Plaintiff, | **PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CRIMINAL CASE** |
17 | v. | |
18 | $399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY, | |
19 | | |
20 | Defendants. | |
21 | | |
22 | | |
23 | DERRICK POLK, | |
24 | Claimant. | |
25 | | |

26 / / /

27 / / /

28 / / /

Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation and federal criminal case pending in the Western District of Pennsylvania (<u>United States of America v. Mikal Davis, et al.</u>, Case No. 3:21-cr-16), in which claimant Derrick Polk is a named defendant. Docket No. 40. The Court's order instructed the government to file reports every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal investigation. Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation and case.

The related federal criminal investigation is ongoing. A pretrial conference is currently set for August 11, 2022 and the trial is currently set for September 12, 2022 in the related criminal case. Pursuant to the Court's Order filed March 8, 2022, the government will submit its next status report within 90 days of the filing of this status report (<u>i.e.</u>, by September 6, 2022).

Dated: June 6, 2022                        Respectfully submitted,

                                           TRACY L. WILKISON
                                           United States Attorney
                                           SCOTT M. GARRINGER
                                           Assistant United States Attorney
                                           Chief, Criminal Division
                                           JONATHAN GALATZAN
                                           Assistant United States Attorney
                                           Chief, Asset Forfeiture Section

                                                /s/
                                           VICTOR A. RODGERS
                                           MAXWELL COLL
                                           Assistant United States Attorneys

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

1