E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture and Recovery Section
     United States Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142
     E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br><br>      Defendants.<br><br>———————————————<br><br>DERRICK POLK,<br><br>      Claimant. | Case No. 2:21-cv-06966-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CASE** |

/ / /

/ / /

/ / /

1    Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay

2 This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to

3 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation and federal

4 criminal case pending in the Western District of Pennsylvania (United States of America

5 v. Mikal Davis, et al., Case No. 3:21-cr-16), in which claimant Derrick Polk is a named

6 defendant.  Docket No. 40.  The Court's order instructed the government to file reports

7 every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal

8 investigation and related criminal case.  Accordingly, the government is hereby

9 submitting this report regarding the status of the related federal criminal investigation

10 and criminal case.[1]

11    As to the criminal case, a pretrial conference is currently set for April 3, 2022 and

12 the trial is currently set for April 17, 2022.  In addition, concurrently herewith, the

13 government has filed an application pursuant to 18 U.S.C. § 981(g)(5) and Local Rule

14 79-6 to file or lodge in camera a non-public declaration setting forth the status of the

15 ongoing related federal criminal investigation.  Assuming that application is granted, the

16 government will file or lodge the non-public declaration with the Court.  If the non-

17 public declaration is deemed sufficient, and pursuant to the Court's Order filed March 8,

18 ///

19 ///

20 ///

21 ///

22

23    [1] The government is filing virtually identical status reports today in the following
four cases: (1) United States of America v. $305,000.00 in U.S. Currency; Claimant
24 Michael Magee, Case No. 2:21-cv-06968-RGK-MAR; (2) United States of America v.
$600,980.00 in U.S. Currency; Claimant Mitchell Magee, Case No. 2:21-cv-06965-
25 RGK-MAR; (3) United States of America v. $399,000.00 in U.S. Currency and
Miscellaneous Items of Jewelry; Claimant Derrick Polk, Case No. 2:21-cv-06966-RGK-
26 MAR; and (4) United States of America v. $341,500.00 in U.S. Currency; Claimant Ike
Roberts, Case No. 2:21-cv-06967-RGK-MAR.  The status report in the Polk case (2:21-
27 cv-06966), unlike the others, discusses the pending criminal case against Polk.

28

1  2022, the government will submit its next status report within 90 days of the filing of the

2  instant status report (i.e., by March 6, 2023).

3  Dated: December 5, 2022                    Respectfully submitted,

4                                             E. MARTIN ESTRADA
                                              United States Attorney
5                                             SCOTT M. GARRINGER
                                              Assistant United States Attorney
6                                             Chief, Criminal Division
                                              JONATHAN GALATZAN
7                                             Assistant United States Attorney
                                              Chief, Asset Forfeiture and Recovery
8                                             Section

9                                                    /s/
                                              VICTOR A. RODGERS
10                                            MAXWELL COLL
                                              Assistant United States Attorneys
11
                                              Attorneys for Plaintiff
12                                            UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28