1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>$399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br><br>　　　　　Defendants.<br><br>———————————————<br><br>DERRICK POLK,<br><br>　　　　　Claimant. | Case No. 2:21-cv-06966-RGK-MAR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF UNITED STATES OF AMERICA'S APPLICATION PURSUANT TO 18 U.S.C. § 981(g)(5) AND LOCAL RULE 79-6 TO FILE OR LODGE IN CAMERA NON-PUBLIC DECLARATION IN SUPPORT OF PLAINTIFF'S STATUS REPORT REGARDING THE ONGOING RELATED FEDERAL CRIMINAL INVESTIGATION [51] |

Plaintiff United States of America ("the government") has applied to this Court pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 for an order to file or lodge in camera a non-public declaration in support of the government's status report regarding the ongoing related federal criminal investigation.  Upon consideration of the application and the entire record, and good cause appearing therefor,

IT IS HEREBY ORDERED that the government's application is granted.  The non-public declaration in support of the government's status report regarding the ongoing related federal criminal investigation shall be ~~filed or~~ lodged in camera pursuant

1  to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 and shall not be disclosed to any person,

2  including the person that has filed a claim in this action (i.e., claimant Derrick Polk),

3  unless otherwise ordered by the Court.

4  Dated:  **3/6/2023**

THE HONORABLE R. GARY KLAUSNER
5  UNITED STATES DISTRICT JUDGE

6

7  Presented By:

8  E. MARTIN ESTRADA
United States Attorney
9  MACK E. JENKINS
Assistant United States Attorney
10  Chief, Criminal Division
JONATHAN GALATZAN
11  Assistant United States Attorney
Chief, Asset Forfeiture and
12  Recovery Section

13

    /s/
14  VICTOR A. RODGERS
MAXWELL COLL
15  Assistant United States Attorneys
Asset Forfeiture and Recovery Section

16
Attorneys for Plaintiff
17  UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28