E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture and Recovery Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br><br>    Defendants.<br><br>―――――――――――――――――<br><br>DERRICK POLK,<br><br>    Claimant. | Case No. 2:21-cv-06966-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CASE** |

/ / /

/ / /

/ / /

Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation and federal criminal case pending in the Western District of Pennsylvania (<u>United States of America v. Mikal Davis, et al.</u>, Case No. 3:21-cr-16), in which claimant Derrick Polk is a named defendant.  Docket No. 40.  The Court's order instructed the government to file reports every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal investigation and related criminal case.  Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation and criminal case.[1]

As to the criminal case, the trial is presently set for October 30, 2023.  In addition, pursuant to the Court's Order filed June 6, 2023 on Plaintiff's Application Pursuant to 18 U.S.C. § 981(g)(5) and Local Rule 79-6 to File or Lodge In Camera Non-Public Declaration in Support of Plaintiff's Status Report Regarding the Ongoing Related Federal Criminal Investigation (Docket No. 57), the government will file or lodge the non-public declaration setting forth the status of the ongoing related federal criminal investigation and related criminal case with the Court.  If the non-public declaration is deemed sufficient, and pursuant to the Court's Order filed March 8, 2022, the

/ / /

/ / /

/ / /

---

[1] The government is filing virtually identical status reports today in the following five cases: (1) <u>United States of America v. $305,000.00 in U.S. Currency; Claimant Michael Magee</u>, Case No. 2:21-cv-06968-RGK-MAR; (2) <u>United States of America v. $600,980.00 in U.S. Currency; Claimant Mitchell Magee</u>, Case No. 2:21-cv-06965-RGK-MAR; (3) <u>United States of America v. $399,000.00 in U.S. Currency and Miscellaneous Items of Jewelry; Claimant Derrick Polk</u>, Case No. 2:21-cv-06966-RGK-MAR; (4) <u>United States of America v. $341,500.00 in U.S. Currency; Claimant Ike Roberts</u>, Case No. 2:21-cv-06967-RGK-MAR; and (5) <u>United States of America v. $217,285.00 in U.S. Currency, et al.; Claimant Mitchell Magee</u>, Case No. 2:22-cv-00015 RGK-MAR.  The status report in the Polk case (2:21-cv-06966), unlike the others, discusses the pending criminal case against Polk.

government will submit its next status report within 90 days of the filing of the instant status report (i.e., by December 4, 2023).

Dated: September 5, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

  /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA