1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture and Recovery Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorneys
   Asset Forfeiture and Recovery Section
7         United States Courthouse, 14th Floor
           312 North Spring Street
8          Los Angeles, California 90012
           Telephone: (213) 894-2569/1785
9          Facsimile: (213) 894-0142
           E-mail: Victor.Rodgers@usdoj.gov
10                 Maxwell.Coll@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-06966-RGK-MAR |
| Plaintiff, | **PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION AND CASE** |
| v. | |
| $399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY, | |
| Defendants. | |
| DERRICK POLK, | |
| Claimant. | |

///

///

///

Pursuant to the Court's orders in the following four civil forfeiture cases in which Mitchell Magee, Michael Magee and Ike Roberts are claimants, the Court stayed those civil forfeiture actions pursuant to 18 U.S.C. § 981(g) pending an ongoing related criminal investigation and ordered the government to file status reports every ninety days concerning the status of the ongoing related criminal investigation:

1. <u>United States of America v. $305,000.00 in U.S. Currency; Claimant Michael Magee</u>, Case No. 2:21-cv-06968-RGK-MAR (Stay Order at ECF 39);
2. <u>United States of America v. $600,980.00 in U.S. Currency; Claimant Mitchell Magee</u>, Case No. 2:21-cv-06965-RGK-MAR (Stay Order at ECF 38);
3. <u>United States of America v. $341,500.00 in U.S. Currency; Claimant Ike Roberts</u>, Case No. 2:21-cv-06967-RGK-MAR (Stay Order at ECF 39); and
4. <u>United States of America v. $217,285.00 in U.S. Currency, et al.; Claimant Mitchell Magee</u>, Case No. 2:22-cv-00015 RGK-MAR (Stay Order at ECF 35).

Unlike the above-referenced four cases, pursuant to the Court's order in the civil forfeiture case below in which Derrick Polk is the claimant, the Court stayed the civil forfeiture action pursuant to 18 U.S.C. § 981(g) not only pending an ongoing related federal criminal investigation but also pending a related federal criminal case in the Western District of Pennsylvania in which Derrick Polk is a named defendant and charged in a drug trafficking conspiracy (<u>United States v. Mikai Davis, et al.</u>, Case No. 3:21-cr-16 [Polk is Defendant Number 25]), and for which criminal forfeiture of the defendant property in the civil forfeiture case is being sought:

1

1. <u>United States of America v. $399,000.00 in U.S. Currency and Miscellaneous Items of Jewelry; Claimant Derrick Polk</u>, Case No. 2:21-cv-06966-RGK-MAR (Stay Order at ECF 40).[1]

Pursuant to the Court's Orders filed September 7, 2023 in each of the above-referenced five cases, the Court ruled that the stay in the cases would be lifted on December 4, 2023 unless a criminal case was filed. The government has not yet filed a criminal case in the first four cases mentioned above, and understands the stay will be lifted as to those cases.

However, as to the fifth case (i.e., <u>United States of America v. $399,000 in U.S. Currency, et al.</u>, Case No. 2:21-cv-06966) in which Derrick Polk is the claimant, the criminal case against him remains pending in the Western District of Pennsylvania. As to the status of that case, a suppression motion filed by criminal defendant/civil forfeiture claimant Derrick Polk remains under submission (see ECF 1266, 1300, 1331, 1365, 1367, 1372, 1374 and 1378), and pursuant to the Court's September 13, 2023 amended pretrial order, the pretrial conference is set for February 20, 2024 and the trial is set for March 18, 2024 (see ECF 1377). In light of the pending related federal criminal case, the government respectfully requests that the Polk civil forfeiture litigation remain stayed, and that the government be required to file its next status report

/ / /
/ / /
/ / /
/ / /

---

[1] See ECF 40 at 2 (the government alleges claimant "is currently a named defendant in an indictment filed in the Western District of Pennsylvania on August 10, 2021, which charges him for involvement in a federal drug trafficking conspiracy"); id. at 4 ("the Court GRANTS the Government's Motion and STAYS the case pending resolution of the related criminal investigation and case. The Government must file a status report regarding the related criminal investigation and case . . . every ninety days until the stay is lifted"). See also ECF 25-2 [exhibit A at ¶ 10 on pages 35 and 36 (superseding indictment naming in forfeiture allegation and seeking criminal forfeiture of the $399,000.00 and all other items named as defendants in the civil forfeiture case)].

2

relative to that case within 90 days of the filing of the instant report (<u>i.e.</u>, by March 4, 2024), and every ninety days thereafter.

Dated: December 4, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

       /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA