TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
United States Courthouse, 11th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569
Facsimile: (213) 894-6269
E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$399,000.00 IN U.S. CURRENCY AND MISCELLANEOUS ITEMS OF JEWELRY,<br><br>Defendants.<br><br>DERRICK POLK,<br><br>Claimant. | Case No. 2:21-cv-06966-RGK-MAR<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL CASE** |

/ / /

/ / /

/ / /

Pursuant to the Court's Order filed March 8, 2022 on Plaintiff's Motion to Stay This Civil Forfeiture Proceeding, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending an ongoing related federal criminal investigation and federal criminal case pending in the Western District of Pennsylvania (United States of America v. Mikal Davis, et al., Case No. 3:21-cr-16), in which claimant Derrick Polk is a named defendant. The Court's March 8, 2022 order instructed the government to file reports every ninety (90) days, commencing June 6, 2022, regarding the status of the criminal investigation and related criminal case. In addition, pursuant to the Court's in chambers scheduling notice filed December 7, 2023 and amended order filed August 4, 2026,[1] the Court ordered the government to file status reports regarding the status of the criminal case every 90 days and within 7 days of the conclusion of the criminal proceedings in the above-referenced criminal case. Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal case.

Pursuant to the Court's September 25, 2024 amended pretrial order (ECF 1770), the trial of the criminal case was set for February 10, 2025 and the pretrial conference was set for January 13, 2025. Those dates are no longer in effect, and the Court on January 13, 2025 set a status conference for March 19, 2025. ECF 1877. Since the March 19, 2025 conference, various defendants have entered change of pleas, and have been sentenced, and the sentencing hearings for those defendants has occurred. See, e.g., ECF 2298.

As to criminal defendant/civil forfeiture claimant Derrick Polk, a suppression motion filed by Polk which had been under submission (see ECF 1266, 1300, 1331,

[1] The Court's August 4, 2026 order removed this case from the Court's active caseload, pending the outcome of the related criminal case. In addition, the August 4, 2026 order provides that the parties should continue filing joint status reports every 90 days from the date of the Court's order, which would require the filing of a joint report on November 2, 2026. However, the Court's earlier March 8, 2022 and December 7, 2023 orders required the government to file reports every 90 days, making the instant report filed by the government due September 2, 2026 (because the last report was filed June 2, 2026 [dkt. no. 76]) and the next report due December 1, 2026. Therefore, the government is filing this report today and will file subsequent reports as set forth at the end of this status report.

1365, 1367, 1372, 1374, 1378 and 1496) was denied on July 3, 2024 (see ECF 1690). On June 4, 2025, Derrick Polk entered a plea of guilty and the Court set Derrick Polk's sentencing hearing for September 24, 2025. ECF 2107 and 2108. On September 26, 2025, the Court entered a preliminary order of forfeiture against Derrick Polk, relative to the defendant property in the instant civil forfeiture case, and on September 26, 2025, the Court entered a judgment and commitment order against Derrick Polk sentencing him to 120 months on the drug charges for which Derrick Polk was convicted. ECF Nos. 2216 and 2217. On September 30, 2025, Derrick Polk filed a notice of appeal of the judgment and commitment order, the preliminary order of forfeiture and the suppression motion ruling. ECF No. 2218. On December 31, 2025, Derrick Polk filed his opening brief in the Third Circuit Court of Appeals. Court of Appeals Case No. 25-2905, ECF No. 15. An Amicus Brief was filed on January 6, 2026. ECF No. 22. On February 25, 2026, the United States filed its responding brief and on March 18, 2026, Derrick Polk filed his reply brief. ECF Nos. 31 and 40. On May 13, 2026, the court of appeals tentatively set the matter for oral argument on July 6, 2026. ECF No. 46. Oral argument in the court of appeals was held on July 8, 2026, and no ruling has yet been issued by the court of appeals. ECF Nos. 54 and 55. Pursuant to the Court's Orders filed March 8, 2022, December 7, 2023 and August 4, 2026, the government will submit its next status report

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

within 90 days of the filing of the instant status report (i.e., by December 1, 2026) and within 7 days of the conclusion of the related criminal proceedings.

Dated: September 2, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

/s/
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA